**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MARY HOPE, Individually and on behalf of All Other Persons Similarly Situated, Plaintiff,** | § § § § | |
| **v.** | § § | **CASE NO.: 2:11-cv-00189-DF** |
| | § | **JURY** |
| **DEBT CHOICE, INC., LEXXIOM INC., THE INIGUEZ LAW FIRM, P.C. and MIGUEL A. INIGUEZ Defendants.** | § § § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mary Hope, Individually and on Behalf of All Other Persons Similarly Situated, and Defendants Debt Choice, Inc., Lexxiom Inc., The Iniguez Law Firm, P.C., and Miguel A. Iniguez hereby STIPULATE that the above-styled and numbered action, including all causes of action that were or could have been raised therein, should be DISMISSED WITH PREJUDICE.[1]

---

[1] Although this matter was filed as a class action, the class was never certified. Court approval of the dismissal pursuant to Rule 23(e) of the Federal Rules of Civil Procedure is not, therefore, required.

1

Respectfully submitted,

By:   /s/ Bonner C. Walsh
Jeffrey L. Weinstein
State Bar No. 21096450
Bonner C. Walsh
State Bar No. 24051766
**WEINSTEIN LAW**
518 East Tyler Street
Athens, Texas 75751
903/677-5333 (Telephone)
903/677-3657 (Facsimile)
jeff@longhornlawyer.com
bonner@longhornlawyer.com

**ATTORNEYS FOR PLAINTIFF**

By:   /s/ John Volney
John Volney
State Bar No. 24003118
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214/981-3800 (Telephone)
214/981-3839 (Facsimile)
jvolney@lynnllp.com

**ATTORNEY FOR LEXXIOM, INC.**

By:   /s/ David W. Dodge
David W. Dodge
State Bar No. 24002000
**MCCATHERN MOOTY GRINKE, LLP**
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
214/741-2662 (Telephone)
214/741-4717 (Facsimile)

**ATTORNEY FOR MIGUEL INIGUEZ & THE INIGUEZ LAW FIRM, P.C.**